# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00366-CV

**Robert Brian McGill a/k/a Brian McGill, Appellant**

**v.**

**Womack Machine Supply Co., Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
NO. 18-0205, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Robert Brian McGill has filed an unopposed motion to dismiss his appeal, explaining that he has settled his dispute with appellee Womack Machine Supply Co. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellant's Motion

Filed:   September 25, 2018